**Fill in this information to identify the case:**

**Debtor 1** Ronald Paul Mazac, Jr.

**Debtor 2** Laura Louann Mazac
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** Western District of Kentucky
(State)

**Case number** 18-50680-acs

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 11

**Last four digits** of any number you use to identify the debtor's account: 4909

**Date of payment change:** 12/01/2021
Must be at least 21 days after date of this notice

**New total payment:** $768.55
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**                **New escrow payment:**

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☐ No

   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

   **Current Interest Rate:** 7.2500%              **New interest rate:** 7.1250%

   **Current principal and interest payment:** $602.13     **New principal and interest payment:** $599.36

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

   Reason for change:

   **Current mortgage payment:**               **New mortgage payment:**

| Debtor 1 | Ronald | Paul | Mazac, Jr. | Case Number *(if known)* | 18-50680-acs |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.
*Check the appropriate box*
☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Michelle R. Ghidotti-Gonsalves          Date 10/21/2021
  Signature

Print:     Michelle R. Ghidotti-Gonsalves       Title    Bankruptcy Attorney
           First name   Middle Name   Last name

Company    GHIDOTTI | BERGER LLP

Address    1920 Old Tustin Avenue
           Number          Street

           Santa Ana, CA 92705
           City        State    Zip Code

Contact phone   (949) 427-2010        Email:   bknotifications@ghidottiberger.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

RONALD P MAZAC
C/O MICHAEL A RICHARDSON
308 W 15TH ST PO BOX 1085
HOPKINSVILLE KY  42241

October 8, 2021

RE: Loan Number: ███████

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE.  TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

### Changes to Your Mortgage Interest Rate and Payments on November 1, 2021

**Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. That period ends on November 1, 2021, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every 6 months for the rest of your loan term.**

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 7.25% | 7.125% |
| **Total Monthly Payment** | $773.08 | $768.55 (due December 1, 2021) |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the 1st B.Day-6 Mo WSJ LIBOR and your margin is 7.00%. The 1st B.Day-6 Mo WSJ LIBOR index is published Monthly in The Wall Street Journal. The index rate plus margin will be rounded to the nearest 0.125%.

**Rate Limits:** Your rate cannot go higher than 15.00%, or lower than 7.00% over the life of the loan. Your rate can increase every months by no more than 1.00%. Your rate can decrease every 6 months by no more than 1.00%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the 1st B.Day-6 Mo WSJ LIBOR index, your margin, your loan balance of 64,909.56, and your remaining loan term of 174 months.

**Prepayment Penalty:** None

Please continue to mail your payments as previously directed.  The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name:  Angela Viale
Title: Asset Manager
Toll Free Number: (800) 603-0836,  ext: 2685

*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 12/01/2021.

**The index value used is the published value, as of the effective date stated on your Note, in the printed edition of the Wall Street Journal.

## **CERTIFICATE OF SERVICE**

On October 21, 2021, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR(S)
Michael A. Richardson              courts@richardsoncraig.com

TRUSTEE
William W. Lawrence -13            ECF@louchapter13.com

US TRUSTEE
Charles R. Merrill                 ustpregion08.lo.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On October 21, 2021, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtor(s) <br> Ronald Paul Mazac, Jr. <br> PO Box 1153 <br> Cadiz, KY 42211 <br><br> Laura Louann Mazac <br> PO Box 1153 <br> Cadiz, KY 42211 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll